UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANWAR MOHAMED JEYLANI,<br><br>               Petitioner,<br><br>   v.<br><br>PAMELA BONDI, et al.,<br><br>               Respondent. | CASE NO. 2:25-cv-00343-JLR-BAT<br><br>**ORDER APPOINTING FEDERAL PUBLIC DEFENDER** |

Petitioner moves the Court to appoint the Federal Public Defender ("FPD") as counsel, and the FPD has asked the Court to grant petitioner's request. Having considered these requests, the Court **ORDERS**:

    (1)    Petitioner's motion for appointment of counsel, Dkt. **2**, is **GRANTED**.

    (2)    The FPD is appointed to represent petitioner in this case.

    (3)    The Clerk shall provide a copy of this Order to petitioner, the FPD, and the assigned District Judge.

DATED this 24th day of February, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 1