1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    ANWAR MOHAMED JEYLANI,

9                          Petitioner,

CASE NO. 2:25-cv-00343-JLR-BAT

10        v.

**REPORT AND
RECOMMENDATION**

11    PAMELA BONDI, et al.,

12                          Respondents.

13        By counsel, Petitioner filed a 28 U.S.C. § 2241 petition for writ of habeas corpus seeking

14    release from immigration detention under *Zadvydas v. Davis*, U.S. 678 (2001). The Court

15    recommends the habeas petition be **DENIED**, and the case be **DISMISSED** with prejudice.

16        1.    Petitioner is a native and citizen of Somalia. *See* Habeas Petition, Dkt. 1. He is

17    subject to a final order of removal, has been in immigration detention since March 12, 2024, and

18    argues the Court should order his release on the grounds that Somalia "will not accept his

19    return," and he will thus not be removed "in the reasonably foreseeable future" in violation of

20    *Zadvydas*. *Id*. at 4.

21        2.    On March 28, 2025, Respondent filed its return and moved the Court to dismiss

22    the habeas petition, arguing the United States is actively working to obtain travel documents to

23    remove Petitioner to Somalia, and thus Petitioner fails to show there is no significant likelihood

of his removal in the reasonably foreseeable future as required by *Zadvydas.* Dkt. 7 at 2.

3.      Petitioner moved to strike Respondent's return and motion to dismiss, Dkt. 12; the Court denied the motion and ordered the parties to file supplemental briefs. Dkt. 13.

4.      The parties' supplemental briefing is complete, Dkts. 14-15, and the matter is ripe for review. In their Reply Brief, Respondents aver "on May 27, 2025, the Somalian government issued a travel document that will allow ICE to remove Jelani from the United States to Somalia. *See* Dkt. 15-16. Accordingly, the Court finds Petitioner has failed to show there is no significant likelihood he will be removed in the reasonably foreseeable future.

5.      For the foregoing reasons, the Court recommends the habeas petition, herein, be **DENIED**, and the matter be **DISMISSED** with prejudice.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Therefore, Petitioner should not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **June 23, 2025.**  The Clerk should note the matter for **June 27, 2025**, as ready for the District Judge's consideration if no objection is filed.  If objections are filed, any response is due within 14 days.  A party filing an objection must note the case for the Court's consideration 14 days from the date the objection is filed.

 The failure to timely object may affect the right to appeal.

DATED this 9th day of June, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2